**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| ZAREFARD, Alireza | ) |
|  | ) |
|  | ) |
|  | ) Case No.: 1:25-cv-895 |
| Petitioner, | ) |
|  | ) |
| v. | ) |
|  | ) |
| NEW ORLEANS FIELD OFFICE for the U.S. | ) |
| IMMIGRATION AND CUSTOMS ENFORCEMENT; | ) |
| NOEM, KRISTI, U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY; BONDI, PAM, Attorney General of the | ) |
| UNITED STATES of AMERICA; and WARDEN of | ) |
| RIVER CORRECTIONAL CENTER | ) |
|  | ) |
| Respondents. | ) |
|  | ) |

## PROPOSED ORDER

In accordance with the local rules for the United States District Court, Western District of Louisiana, a motion has been made by Kishen Y. Barot, Esq. to be admitted pro hac vice in this matter to represent Plaintiff Mr. Alireza Zarefard. Being that Mr. Barot is a member in good standing of the bar of the Supreme Court of New Jersey, has no disciplinary proceedings or criminal charges instituted against him, has paid the applicable fees, and has the sponsorship of local counsel Ms. Carolyn O. Hines, Esq, it is ordered that Mr. Barot be admitted pro hac vice to represent Plaintiff Mr. Alireza Zarefard.

June 25, 2025
_____

Date

Honorable Judge
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE