a

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ALIREZA ZAREFARD,<br>Petitioner | CIVIL DOCKET NO. 1:25-CV-00895<br>SEC P |
| VERSUS | JUDGE EDWARDS |
| KRISTI NOEM ET AL,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

---

### MEMORANDUM ORDER

Petitioner Alireza Zarefard ("Zarefard") seeks release from detention under 28 U.S.C. § 2241 because his removal to Iran is unlikely to occur in the reasonably foreseeable future. ECF No. 1. Zarefard alleges that the Government lacks the diplomatic ties with Iran necessary to effectuate his removal. ECF No. 1 at 14. In a reply brief, Zarefard provides a document published by "U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO)" in November 2024, which states that ICE considers Iran "uncooperative" in "accepting the return of their nationals." ECF No. 15-4 at 7. Zarefard further asserts that he has been transported to an airport on three occasions in failed attempts to remove him to Iran. ECF No. 15 at 9.

In its Response to the Petition, the Government contends:

Petitioner in the captioned case has failed to present this Court with sufficient evidence that there exists "good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future."

ECF No. 14.  The Government did not address Zarefard's allegations, nor did it provide information regarding the efforts made to obtain travel documents, as ordered.  ECF No. 7 at 5.

Accordingly, IT IS ORDERED that, within 10 days of the date of this Order, the Government supplement its Response with "all documents relevant to the efforts made by the immigration officials to obtain travel documents for Petitioner."  ECF No. 7 at 5.  The Government should state whether travel documents have been requested, and whether Iran has responded to the request.  Additionally, the Government must address Zarefard's assertions that he has been transported to the airport for departure on three occasions, which were failed attempts at removal (ECF No. 15 at 9), and that the likelihood of removal is not significant because Iran has been classified as uncooperative (ECF No. 15 at 11).

SIGNED on Monday, November 24, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE