**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ALIREZA ZAREFARD**                     **CIVIL ACTION NO.  25-895 SEC P**

**VERSUS**                               **JUDGE EDWARDS**

**KRISTI NOEM ET AL**                    **MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT OF DISMISSAL**

Considering the foregoing Voluntary Motion to Dismiss Habeas Action (Doc. 21),

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is

hereby **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 9th day of March, 2026.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**